# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __15-4228__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☑ Government

COUNSEL FOR: __United States of America__ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

__s/ Eric P. Bacaj__
(signature)

| | |
|---|---|
| Eric P. Bacaj | 304-345-2200 |
| Name (printed or typed) | Voice Phone |
| United States Attorney's Office | 304-347-5104 |
| Firm Name (if applicable) | Fax Number |
| 300 Virginia Street, East - Room 4000 | |
| Charleston, WV 25301 | eric.bacaj@usdoj.gov |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __April 22, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jonathan D. Byrne
Lex A. Coleman
Office of the Federal Public Defender
300 Virginia Street, East - Room 3400
Charleston, West Virginia 25301

__s/ Eric P. Bacaj__                                      __April 22, 2015__
Signature                                                        Date

11/17/2011
SCC